PHILLIP A. TALBERT
Acting United States Attorney
ALEXANDRE DEMPSEY
JOSEPH BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES ABIEANGA,<br>SIMON ABIEANGA, and,<br>VIVIANA CERVANTES | CASE NO. 5:21-MJ-00049 JLT<br><br>[~~PROPOSED~~] ORDER RE; REQUEST TO SEAL DOCUMENTS<br><br>**UNDER SEAL** |

**ORDER**

Upon application of the United States of America and good cause having been shown,

IT IS SO ORDERED, that the complaint and associated affidavit, search warrant affidavits, arrest warrants, application to seal and this Order in the above-entitled proceeding, shall be filed under seal and shall remain <u>under seal</u>, unless otherwise ordered by this Court.

Dated: September 30, 2021

_____
The Hon. Jennifer L. Thurston
U.S. MAGISTRATE JUDGE

SEALING ORDER                               1