PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            v.<br><br>CHARLES ABIEANGA, SIMON ABIEANGA, AND, VIVIANA CERVANTES,<br><br>                    Defendants. | CASE NO.  1:22-CR-00030-DAD-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER<br><br>DATE: April 27, 2022<br>TIME: 1:00 p.m.<br>COURT: Barbara A. McAuliffe |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendants, by and through defendants' counsels of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on April 27, 2022.

2.      By this stipulation, defendants now move to continue the status conference until June 22, 2022, and to exclude time between April 27, 2022, and June 22, 2022, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

    a)      The government has represented that the discovery associated with this case includes investigative reports, recordings, electronic evidence, and other documents that exceeds 530 GB.  All of this discovery has been either produced directly to defense counsel and/or made available for inspection and copying.  The government is in the process of producing additional discovery to counsels.

b) Counsel for defendants desire additional time to conduct investigation and research related to the charges, to conduct investigation and research related to the charges, to review discovery for this matter, and to discuss possible resolutions with the government and the defendants.

c) Counsel for defendants believe that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 27, 2022 to June 22, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

   IT IS SO STIPULATED.

Dated:  April 19, 2022                             PHILLIP A. TALBERT
                                                   United States Attorney


                                                   /s/ ALEXANDRE DEMPSEY
                                                   ALEXANDRE DEMPSEY
                                                   Assistant United States Attorney

Dated:  April 19, 2022                             /s/ PETER BLAIR
                                                   PETER BLAIR
                                                   Counsel for CHARLES ABIEANGA

Dated:  April 19, 2022                             /s/ GRIFFIN ESTES
                                                   GRIFIN ESTES
                                                   Counsel for SIMON ABIEANGA

Dated:  April 19, 2022                             /s/ KOJO MOORE
                                                   KOJO MOORE
                                                   Counsel for VIVIANA CERVANTES


## **ORDER**

   IT IS SO ORDERED that the status conference is continued from April 27, 2022, to **June 22, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).


IT IS SO ORDERED.

   Dated:   **April 19, 2022**                    /s/ *Barbara A. McAuliffe*
                                                   UNITED STATES MAGISTRATE JUDGE