PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00030-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION TO VACATE STATUS HEARING DATE, SET CHANGE OF PLEA HEARING; FINDINGS AND ORDER |
| v. | |
| SIMON ABIEANGA, | DATE: October 26, 2022 |
| Defendants. | TIME: 1:00 p.m.<br>COURT: Barbara A. McAuliffe |

**STIPULATION**

The United States of America, by and through its counsel of record, and SIMON ABIEANGA, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 26, 2022.

2. By this stipulation, defendant now moves to vacate the status hearing and set the matter for change of plea before the Court as to this defendant on October 11, 2022. As time was already excluded by previous order until October 26, 2022, there is no need for an additional exclusion of time.

3. The parties agree and stipulate, and request that the Court find the following:

   a) As the defendant does not intend on going to trial, the parties request that the status hearing date be vacated. Vacating the status hearing date will conserve judicial resources for a case that has been resolved.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated:  September 28, 2022          PHILLIP A. TALBERT
                           United States Attorney

                           /s/ ALEXANDRE DEMPSEY
                           ALEXANDRE DEMPSEY
                           Assistant United States Attorney

Dated:  September 28, 2022          /s/ GRIFFIN ESTES
                           GRIFFIN ESTES
                           Counsel for SIMON ABIEANGA

**ORDER**

At the request of the parties, the October 26, 2022, status hearing in the above case is **VACATED** and parties shall appear on October 11, 2022, for a change of plea hearing.

IT IS SO ORDERED.

 Dated: September 29, 2022                          
                             UNITED STATES DISTRICT JUDGE