# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | | |
|---|---|---|
| United States of America<br>v.<br><br>SIMON ABIEANGA<br>*Defendant* | ) ) ) ) ) | Case No. 1:22-cr-00030-ADA-BAM |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 9/28/22

*Defendant's signature*

*Signature of defendant's attorney*

Griffin Estes

*Printed name of defendant's attorney*

*Judge's signature*

Ana de Alba, United States District Judge

*Judge's printed name and title*