**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:   1:22-CR-00030-DJC-BAM |
| Plaintiff, | |
| v. | **AMENDED ORDER GRANTING UNITED STATES' MOTION TO APPLY ASSETS TO CRIMINAL MONETARY PENALTIES** |
| CHARLES ABIEANGA and SIMON ABIEANGA, | |
| Defendants. | |

On October 8, 2025, the United States filed a Motion to Apply Assets to Criminal Monetary Penalties, requesting that the Court enter an Order directing the United States Secret Service to turnover $7,358 to the Clerk of the Court, to be applied to Defendants' criminal monetary penalties.

Having carefully reviewed the file, and for good cause appearing, IT IS HEREBY ORDERED THAT the United States Secret Service shall turn over $7,358 to the Clerk of the Court and that, upon receipt, the Clerk of the Court shall apply the funds to Defendants' outstanding criminal monetary penalties as follows:

- $6,266 applied to Simon Abieanga's outstanding monetary penalties

- $1,092 applied to Charles Abieanga's outstanding monetary penalties

IT IS SO ORDERED.

Dated:  January 29, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

1
AMENDED ORDER GRANTING UNITED STATES' MOTION TO APPLY ASSETS TO CRIMINAL MONETARY PENALTIES